Prob12c (7/93)

RECEIVED
UNITED STATES MARSHAL

5/25/2016 9:32:59 AM

MIDDLE DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| Name of Offender: | Lindsey Dooley |
| Name of Sentencing Judicial Officer: | Honorable Jane Triche Milazzo<br>U.S. District Judge<br>*April 14, 2016 – Jurisdiction Received*<br>*Assigned to Honorable Shelly D. Dick* |
| Date of Original Sentence: | May 7, 2015 |
| Original Offense: | Misprison of a Felony, 18 U.S.C. § 4 |
| Original Sentence: | Three and a half years probation |
| Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Jennifer Kleinpeter |
| Case Number: | 16-29-SDD-RLB |
| Date Supervision Commenced: | May 7, 2015 |
| Defense Attorney: | Samuel John Scillitani, Jr.<br>*Eastern District of Louisiana* |

### PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

**VIOLATION NUMBER 1: Grade A**

Mandatory Condition:

"The defendant shall not commit another federal, state or local crime."

**PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION**
Dooley, Lindsey
May 24, 2016
Page 2

Nature of Noncompliance:

On May 21, 2016, Lindsey Dooley was arrested by the West Feliciana Parish Sheriff's Office for first degree murder, two counts and principals to first degree murder, two counts. On May 21, 2016, the West Feliciana Parish Sheriff's Office received a call stating there had been a shooting at 9477 Tunica Trace, St. Francisville, LA. Upon deputies' arrival, they found two white males with gunshot wounds. One victim, Brian Mooney, was deceased and the other, Clinton Ray Nicholson was not conscious. Shortly thereafter, Clinton Ray Nicholson died as a result of his injuries.

The West Feliciana Parish Sheriff's Office received a call from Ascension Parish Sheriff's Office stating that the wallet of one of the victims had been seen being thrown from the window of a vehicle. The license plate of the vehicle came back to Lindsey Dooley.

According to the offense report, Dooley told the investigator that the night before she took Logan Cockerham and Paul Bourque to Tunica Trace and dropped them off at Ray's (Nicholson) house. She went down the road and came back and waited on them. Cockerham and Bourque came out and got in her vehicle. When they got in her vehicle, they had a long gun. They went to Walmart and then to her mother's house in Ascension Parish. After leaving her mother's house, they went toward Lafayette. On the way toward Lafayette, Dooley saw one of the guys with a handgun. She said the gun was thrown out of the vehicle into the river. The long gun was thrown out later on Whiskey Bay Bridge. She stated there were other people with them when all of this took place: Logan Cockerham, Paul Bourque, Kylie Jackson and Raven Majoria. They also had Raven's child and Kylie's child with them. Dooley stated she dropped Bourque and Cockerham off at a Dollar General in Breaux Bridge.

## VIOLATION NUMBER 2: Grade B

Mandatory Condition:

"The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon."

Nature of Noncompliance:

On May 21, 2016, Lindsey Dooley was arrested by the West Feliciana Parish Sheriff's Office for first degree murder, two counts and principals to first degree murder, two counts. According to the offense report, Dooley told the investigator that Logan Cockerham and Paul Bourque were in her vehicle with a long gun and a handgun. Dooley transported the men to the home where they used the weapons to murder two (2) men. Please see violation number one (1) for additional information.

PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION
Dooley, Lindsey
May 24, 2016
Page 3

### VIOLATION NUMBER 3: Grade C

Standard Condition:

"The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer."

Nature of Noncompliance:

On May 21, 2016, Lindsey Dooley was arrested by the West Feliciana Parish Sheriff's Office for first degree murder, two counts and principals to first degree murder, two counts. According to the offense report, Dooley told the investigator that she was in the vehicle with Logan Cockerham, Paul Bourque, Kylie Jackson and Raven Majoria who were also arrested for first degree murder. Our office verified Bourque and Majoria are convicted felons. Dooley did not have permission to associate with Majoria and Bourque. Please see violation number one (1) for additional information.

### VIOLATION NUMBER 4: Grade C

Standard Condition:

"The defendant shall not leave the judicial district without permission of the court or probation officer."

Nature of Noncompliance:

On or about May 21, 2016, the defendant left the judicial district without permission when she dropped Paul Bourque and Logan Cockerham off at a Dollar General in Breaux Bridge located in the Western District of Louisiana. Dooley did not have permission to travel outside of the district from her probation officer. Please see violation number one (1) for additional information.

U.S. Probation Officer Recommendation:

**The term of supervision should be:**

    [X]    Revoked

PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION
Dooley, Lindsey
May 24, 2016
Page 4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2016

Respectfully Submitted,

Clarence P. Rambo
Chief U.S. Probation Officer

Reviewed by:

*[signature]*
Lisa I. Carroll
Supervisory U.S. Probation Officer

By: *[signature]*
Jessica Darbonne
U.S. Probation Officer
May 24, 2016

## THE COURT ORDERS

[ ]  No Action

[X]  The Issuance of a Warrant to be filed as a detainer

[ ]  The Issuance of a Summons

[ ]  Other

*[signature]*
Signature of Judicial Officer

5/24/16
Date

*[Seal: A TRUE COPY, May 25, 2016, Deputy Clerk, U.S. District Court, Middle District of Louisiana, Baton Rouge, Louisiana]*